# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL 212.687.7410  
FAX 212.687.3285  
WWW.CBDM.COM

March 26, 2021

**VIA ECF**

Hon. Vernon S. Broderick, USDJ  
United States District Court  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

APPLICATION GRANTED  
SO ORDERED  
VERNON S. BRODERICK  
U.S.D.J. 3/29/2021

Re: *Emanuel Preldakaj v. The Monarch Condominium, et al.*,  
Case No. 1:20-cv-09433 (VSB)

Dear Judge Broderick:

This firm represents the Defendants in the above-referenced action. Pursuant to Sections 1.A and 1.G of Your Honor's Individual Rules & Practices in Civil Cases, we write to respectfully request, on consent, an extension of the stay currently in effect in the above-captioned action, from Wednesday, March 31, 2021 through Friday, April 16, 2021.

This is the first request for an extension of the stay of proceedings so ordered by this Court on December 22, 2020. *See* Dkt. 15. Defendants had sought the stay, on consent, to permit the parties to engage in mandatory mediation concerning the claims in this matter, as required by the applicable collective bargaining agreement. *See* Dkt. 14. The parties participated in a mediation session on Wednesday, March 24. Although the parties did not fully resolve their dispute, the session was productive and the parties jointly agreed to reconvene for a second mediation session, to be held on Tuesday, April 13. There are no scheduled hearings or appearances in this matter that would be affected by the requested extension.

Accordingly, and to permit the parties additional time for the parties to complete the mediation process and attempt resolution of their dispute, Defendants respectfully request with Plaintiff's consent that the Court extend its prior stay of all proceedings and any pending deadlines in this matter through April 16, 2021.

We greatly appreciate the Court's time and attention to this matter.

Respectfully Submitted,

CLIFTON BUDD & DeMARIA, LLP  
*Attorneys for Defendants*

By: Stephen P. Pischl

**CLIFTON BUDD & DEMARIA, LLP**

Hon. Vernon S. Broderick
March 26, 2021
Page 2

cc: **VIA ECF**
McLAUGHLIN STERN
*Attorneys for Plaintiff*