USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

EMANUEL PRELDAKAJ,
*on behalf of himself and all others similarly situated*

                        Plaintiff,

-against-

THE MONARCH CONDOMINIUM, et al.,

                        Defendants.

---------------------------------------------------------X

20-cv-9433 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

On April 19, 2021, I stayed this case through April 30, 2021 to permit the parties to engage in mediation concerning the claims in this matter, as required by the applicable collective bargaining agreement. (Doc. 19.) The stay in this action has now expired, and the parties are directed to provide an update on the status of mediation. Accordingly, it is hereby:

ORDERED that by May 13, 2021, the parties file a joint letter updating the Court as to the status of the ongoing mediation.

SO ORDERED.

Dated: May 6, 2021
       New York, New York

                                            Vernon S. Broderick
                                            United States District Judge