# MCLAUGHLIN & STERN, LLP
**FOUNDED 1898**

| | | |
|---|---|---|
| **BRETT R. GALLAWAY**<br>Partner<br>bgallaway@mclaughlinstern.com<br>(212) 448-1100 | 260 MADISON AVENUE<br>NEW YORK, NEW YORK 10016<br>(212) 448–1100<br>FAX (212) 448–0066<br>www.mclaughlinstern.com | GARDEN CITY, NEW YORK<br>MILLBROOK, NEW YORK<br>NAPLES, FLORIDA<br>WEST PALM BEACH, FLORIDA<br>WESTPORT, CONNECTICUT |

July 12, 2021

<u>Via ECF</u>

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   RE: <u>*Emanuel Preldakaj et al. v. The Monarch Condominium, et al.*,</u>
     <u>Index No.: 20-cv-09433(VSB)</u>

Dear Judge Broderick:

  This firm represents Plaintiffs and the proposed settlement class in the above referenced action. We write jointly with counsel for Defendants pursuant to Your Honor's Individual Motion Practices and Rules to respectfully request that the Parties' Joint Motion for Preliminary Approval of Settlement filed on July 12, 2021 (the "Joint Motion") be granted, such that the parties may proceed expeditiously with dissemination of notice of the settlement to all settlement class members. Should Your Honor require a hearing on the parties' Joint Motion, counsel for the parties shall make themselves available at the Court's convenience.

  We sincerely thank the Court in advance for its time and consideration with regard to this request.

                Respectfully submitted,

                Brett R. Gallaway, Esq.

cc: Defendants' counsel (via ECF)

BRG/pb

{N0332279.1}