# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL 212.687.7410  
FAX 212.687.3285  
WWW.CBDM.COM

November 15, 2021

**VIA ECF**
Hon. Vernon S. Broderick, USDJ
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *Emanuel Preldakaj v. The Monarch Condominium*, *et al.*,
               Case No. 1:20-cv-09433 (VSB)

Dear Judge Broderick:

      This firm represents the Defendants in the above-referenced action. Pursuant to Sections 1.A and 1.G of Your Honor's Individual Rules & Practices in Civil Cases, we write to respectfully request an adjournment of the fairness hearing on the parties' proposed settlement in this matter, currently scheduled for Wednesday, February 3, 2022, at 4:00 pm, until Monday, March 21, 2022 or as soon thereafter as would be convenient for the Court.

      This is the first request for an adjournment of the fairness hearing on the proposed settlement in this action, so ordered by this Court in its preliminary approval order, entered today. *See* Dkt. 35. The proposed adjournment will ensure that the Claims Administrator has received all class members' responses to the notice prior to the hearing, including those responses from any members whose first mailing was returned as undeliverable. The additional time will also ensure that appropriate federal and state officials have received adequate notice of the hearing, should they intend to participate.

      Our office has conferred with class counsel regarding this application, who consents to and joins in the request.

      We greatly appreciate the Court's time and attention to this matter.

                                      Respectfully Submitted,

                                      CLIFTON BUDD & DeMARIA, LLP
                                      *Counsel for Defendants*

                           By:     Stephen P. Pischl

cc:   **VIA ECF**
     McLAUGHLIN STERN
     *Class Counsel*