UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMANUEL PRELDAKAJ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE MONARCH CONDOMINIUM, THE MONARCH CONDOMINUM BOARD OF MANAGERS and LASALA MANAGEMENT, INC.<br><br>Defendants. | Index No.: 20-cv-09433(VSB) |

### NOTICE OF JOINT MOTION FOR (1) FINAL APPROVAL OF SETTLEMENT; (2) CERTIFICATION OF THE SETTLEMENT CLASS; AND (3) ENTRY OF JUDGMENT

**PLEASE TAKE NOTICE** that upon the Parties' Joint Memorandum of Law in Support of Final Approval of Settlement dated March 9, 2022, the Declaration of Brett R. Gallaway dated March 9, 2022, together with the exhibits annexed thereto; Plaintiff and Defendants, by and through their respective counsel, shall jointly move this Court, Honorable Vernon S. Broderick, United States District Judge, on March 24, 2022 at 4:00 p.m., for an Order as follows: (i) granting final approval of the Settlement on the terms set forth in the Joint Stipulation of Settlement and Release (the "Settlement Agreement") (Dkt. No. 33-1); (ii) certifying the settlement class for settlement purposes only, under Federal Rule of Civil Procedure 23(b)(3); (iii) confirming that the requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1711 *et seq.*, have been satisfied; and (iv) entering judgment in accordance with the Settlement Agreement.

*[Remainder of page left intentionally blank]*

{N0447648.1}

Dated: New York, New York
March 9, 2022

                                                                McLAUGHLIN & STERN, LLP

                                                               By: _____
                                                                      Brett R. Gallaway
                                                                       Lee S. Shalov
                                                                       Jason S. Giaimo
                                                               260 Madison Avenue
                                                               New York, New York 10016
                                                               Tel.: (212) 448-1100

                                                               *Attorneys for Plaintiffs*

{N0447648.1}                                                      2